## JONES VS. LATHROP.

*Administrator's Sale — Limitation of action by heir.*

The doctrine of *Jones vs. Billstein* (*ante*, p. 221), as to the time within which (under sec. 60, ch. 94, R. S.) the heir must bring his action to recover possession of lands of his ancestor sold by the administrator followed.

APPEAL from the Circuit Court for *Outagamie* county.

*Warner & Ryan* (with *Palmer, Hooker & Pitkin*), for the defendant and appellant.

*Gabe Bouck*, for the respondent.

LYON, J.   The facts in this case are substantially the same as in the case of *Jones v. Billstein et al.* [ante, p. 221], except that in this case the grantee in the deed from the administrators, and those claiming under him, were not in the actual possession of the premises for ten years before the commencement of this action, and except also that in this case the plaintiff recovered judgment.   The two cases were argued together.

The decision in *Jones v. Billstein* is conclusive in this action, in that it holds that the action is barred by the provisions of the Revised Statutes, chap. 94, sec. 60.

*By the Court.* — The judgment of the circuit court is reversed, and a *venire de novo* awarded.